# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher M. Darr                       CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 23-21262 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
07 Jul 2023, 15:20:31, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: b497d5f807772c45b95369f1ff9c090f288a41789e0bff8b1dd9488545bb2145