**Information to identify the case:**

Debtor 1   Christopher M. Darr

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–7079

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23–21262–GLT

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher M. Darr

11/1/23

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21262-GLT |
| Christopher M. Darr | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 01, 2023 | Form ID: 318 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher M. Darr, 109 Milan Drive, Beaver Falls, PA 15010-1488 |
| 15609301 | | Goldman Sachs Bank USA, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 15618358 | + | Huntington National Bank, 175 South 3rd Street, Suite 900, Columbus, OH 43215-5166 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 02 2023 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2023 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 02 2023 04:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2023 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15609281 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2023 00:24:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15609279 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2023 00:24:52 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15609283 | + | EDI: TSYS2 | Nov 02 2023 04:02:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 15609284 | | Email/Text: dltlegal@hab-inc.com | Nov 02 2023 00:07:00 | Beaver County, c/o Berkheimer Tax Innovations, PO Box 25152, Lehigh Valley, PA 18002-5152 |
| 15609287 | | EDI: CAPITALONE.COM | Nov 02 2023 04:02:00 | Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15609286 | + | EDI: CAPITALONE.COM | Nov 02 2023 04:02:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15609285 | + | EDI: CAPITALONE.COM | Nov 02 2023 04:02:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15609288 | | EDI: CAPITALONE.COM | Nov 02 2023 04:02:00 | Capital One N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15609290 | + | Email/Text: bankruptcy@connexuscu.org | Nov 02 2023 00:08:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box |

District/off: 0315-2                          User: admin                                      Page 2 of 5
Date Rcvd: Nov 01, 2023                       Form ID: 318                                      Total Noticed: 41

|  |  |  |  |
|---|---|---|---|
|  |  |  | 8026, Wausau, WI 54402-8026 |
| 15609289 | + EDI: AQUAFINANCE.COM | Nov 02 2023 04:02:00 | Connexus Credit Union, 1 Corporate Drive, Suite 300, Wausau, WI 54401-1724 |
| 15609291 | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2023 00:24:44 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 15609292 | EDI: CITICORP.COM | Nov 02 2023 04:02:00 | Department Stores National Bank, 9111 Duke Boulevard, Mason, OH 45040 |
| 15609293 | + EDI: DISCOVER.COM | Nov 02 2023 04:02:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15609295 | + EDI: DISCOVER.COM | Nov 02 2023 04:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15609297 | + Email/Text: documents@socascades.com | Nov 02 2023 00:07:00 | Driveway Finance Corp, 150 N Bartlett St, Suite 124, Medford, OR 97501-6046 |
| 15609298 | + Email/Text: documents@socascades.com | Nov 02 2023 00:07:00 | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 15609300 | Email/Text: collecadminbankruptcy@fnni.com | Nov 02 2023 00:07:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15609299 | Email/Text: collecadminbankruptcy@fnni.com | Nov 02 2023 00:07:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15609302 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 02 2023 00:07:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15618357 | + Email/Text: bankruptcy@huntington.com | Nov 02 2023 00:08:00 | Huntington National Bank, 17 S High St, Columbus, OH 43215-3413 |
| 15609304 | Email/Text: camanagement@mtb.com | Nov 02 2023 00:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15609303 | Email/Text: camanagement@mtb.com | Nov 02 2023 00:07:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15609306 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2023 00:24:45 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15609305 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2023 00:13:58 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15609307 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2023 00:08:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15609309 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2023 00:08:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15609312 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2023 00:08:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15609311 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2023 00:08:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15609313 | ^ MEBN | Nov 02 2023 00:00:17 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236-5946 |
| 15609314 | EDI: PRA.COM | Nov 02 2023 04:02:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15609319 | EDI: PRA.COM | Nov 02 2023 04:02:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15609325 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2023 00:24:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15609324 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2023 00:13:57 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15609326 | EDI: RMSC.COM | Nov 02 2023 04:02:00 | Synchrony Bank, PO Box 960061, Orlando, FL |

|  |  |  | 32896-0061 |
|---|---|---|---|
| 15609328 | Email/Text: bknotice@upgrade.com | | |
|  |  | Nov 02 2023 00:07:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15609329 | Email/Text: bknotice@upgrade.com | | |
|  |  | Nov 02 2023 00:07:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15609282 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15618335 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15618336 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15609280 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15618333 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15618334 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15618337 | *+ | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 15618338 | * | Beaver County, c/o Berkheimer Tax Innovations, PO Box 25152, Lehigh Valley, PA 18002-5152 |
| 15618341 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15618340 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15618339 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15618342 | * | Capital One N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15618344 | *+ | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 15618343 | *+ | Connexus Credit Union, 1 Corporate Drive, Suite 300, Wausau, WI 54401-1724 |
| 15618345 | * | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 15618346 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Stores National Bank, 9111 Duke Boulevard, Mason, OH 45040 |
| 15609294 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15618347 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15618348 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15609296 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15618349 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15618350 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15618351 | *+ | Driveway Finance Corp, 150 N Bartlett St, Suite 124, Medford, OR 97501-6046 |
| 15618352 | *+ | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 15618354 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15618353 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15618356 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15618355 | * | Goldman Sachs Bank USA, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 15618360 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15618359 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15618362 | *+ | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15618361 | *+ | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15609308 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15618363 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15618364 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15609310 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15618365 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15618366 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15618368 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15618367 | *+ | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15618369 | *+ | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236-5946 |
| 15609315 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15609316 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| District/off: 0315-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 318 | Total Noticed: 41 |

|  |  | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
|---|---|---|
| 15609317 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15609318 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15618370 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15618371 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15618372 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15618373 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX .41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15618374 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15609320 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15609321 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15609322 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15609323 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15618375 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15618376 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15618377 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15618378 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15618379 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15618381 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15618380 | *+ | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15609327 | * | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15618382 | * | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15618383 | * | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15618384 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15618385 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 1 Undeliverable, 66 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

**Name**                    **Email Address**

Brian Nicholas

District/off: 0315-2                                                 User: admin                                                           Page 5 of 5

Date Rcvd: Nov 01, 2023                                      Form ID: 318                                                   Total Noticed: 41

on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Denise Carlon

on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Eric E. Bononi

bankruptcy@bononilaw.com  pa69@ecfcbis.com

Kenneth Steidl

on behalf of Debtor Christopher M. Darr julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov


TOTAL: 5